# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOPE MEDICAL ENTERPRISES, INC., d/b/a Hope Pharmaceuticals, <br><br> Plaintiff, <br><br> v. <br><br> ACCORD HEALTHCARE, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 22-978-JLH |

## MOTION FOR TELECONFERENCE TO RESOLVE A DISCOVERY DISPUTE

Defendant Accord Healthcare, Inc. ("Accord") respectfully moves this Court for a teleconference to resolve the following discovery dispute:

- Accord seeks leave to assert four obviousness combinations instead of three as directed in the Joint Case Narrowing Order of March 31, 2023. (D.I. 36.)

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a meet and confer by telephone on February 6, 2024 and February 14, 2024:

Delaware Counsel:  Sara Metzler (Accord) and John Day (Hope Medical)

Lead Counsel:  Alex Menchaca and Brad Loren (Accord) and Collin Kurtenbach and Matt Hertko (Hope Medical)

The parties are available for a teleconference on the following dates: February 26, 27, and 28, 2024.

RLF1 30586287v.1

| | |
|---|---|
| OF COUNSEL: | /s/ Sara M. Metzler<br>Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509)<br>Richards, Layton & Finger, P.A. |
| Alejandro Menchaca<br>Rajendra A. Chiplunkar<br>Ben J. Mahon<br>Bradley P. Loren<br>MCANDREWS, HELD & MALLOY, LTD.<br>500 West Madison St., 34th Floor<br>Chicago, IL 60661<br>(312) 775-8000 | One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>metzler@rlf.com<br><br>*Attorneys for Defendant* |

Dated: February 15, 2024